FILED

2018 JUN -5  PM 5: 14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELIJAH HARDER, )<br><br>Defendant. ) | I N D I C T M E N T<br><br>JUDGE GWIN<br><br>CASE NO. 1 : 18  CR  282<br>Title 18, Section 922(g)(9),<br>United States Code |

COUNT 1
(Possession of Firearm and Ammunition by a Prohibited Person,
in violation of 18 U.S.C. § 922(g)(9))

The Grand Jury charges:

On or about May 8, 2018, in the Northern District of Ohio, Eastern Division, Defendant

ELIJAH HARDER, having been previously convicted of a misdemeanor crime of domestic

violence, that being:   Domestic Violence, on or about April 23, 2015, in Case Number 2015

CRB 001807, in Cleveland Municipal Court, did knowingly possess in and affecting interstate

commerce, a firearm and ammunition, to wit:   a Cobra, Model CB9, 9mm derringer, bearing

serial number ct169207 and two rounds of 9mm ammunition, in violation of Title 18, Section

922(g)(9), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.